AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

**Feb 10, 2023**

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEAN F. McAVOY, CLERK

| | |
|---|---|
| BILLY EDWARD TOYCEN | ) |
| _Plaintiff_ | ) |
| v. | ) |
| UNITED STATES DISTRICT COURT and CITY OF YAKIMA MUNICIPAL COURT | ) |
| _Defendant_ | ) |

Civil Action No.  1:22-cv-3168-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that _(check one)_:

❏ the plaintiff _(name)_ _____ recover from the defendant _(name)_ _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _(name)_ _____ recover costs from the plaintiff _(name)_ _____ .

☑ other:  This action is DISMISSED WITHOUT PREJUDICE for non-payment of the filing fee as required by 28 U.S.C. § 1914.

This action was _(check one)_:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date:  2/10/2023

_CLERK OF COURT_

SEAN F. McAVOY

s/ Brian Molony

_(By) Deputy Clerk_

Brian Molony